**LEGAL DEPARTMENT**
**LESBIAN GAY BISEXUAL TRANSGENDER & AIDS PROJECT**

**ACLU**
AMERICAN CIVIL LIBERTIES UNION FOUNDATION

MEMO ENDORSED

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/2/17
```

November 2, 2017

*Via ECF and fax*

Hon. Gabriel W. Gorenstein
Daniel Patrick Moynihan United States Courthouse
500 Pearl St.
New York, NY 10007

RE: *ACLU v. Dep't of Health & Human Servs.*, No. 1:17-cv-05514

Dear Judge Gorenstein,

On behalf of both parties, Plaintiff respectfully requests that further proceedings in this case be held in abeyance for three months and that the initial case management conference, which is currently scheduled for November 7, 2017, be adjourned and rescheduled for February 7, 2018.

This is an action under the Freedom of Information Act ("FOIA"), 5 U.S.C. § 552. Since this case was filed, counsel for both parties have been diligently working to resolve the dispute without the need for judicial intervention. The parties expect that one of the Defendants will begin releasing records on a rolling basis shortly. After reviewing the document productions, the parties will be in a better position to determine what dispute—if any—remains.

Accordingly, on behalf of both parties, Plaintiff respectfully requests that this case be held in abeyance for three months and that the initial case management conference be adjourned and rescheduled for February 7, 2018.

Respectfully submitted,

/s/ Joshua A. Block

Joshua A. Block

Counsel for Plaintiff

Cc:  Michael James Byars
     Counsel for Defendants

**AMERICAN CIVIL LIBERTIES UNION FOUNDATION**
LESBIAN GAY BISEXUAL TRANSGENDER & AIDS PROJECT

PLEASE RESPOND TO
NATIONAL OFFICE
125 BROAD STREET, 18TH FL
NEW YORK, NY 10004-2400
T/212 549 2627
F/212 549 2650
WWW.ACLU.ORG/LGBT

SAN FRANCISCO OFFICE
39 DRUMM STREET
SAN FRANCISCO, CA 94111

CHICAGO OFFICE
180 NORTH MICHIGAN AVENUE
SUITE 2300
CHICAGO, IL 60601-7401

WASHINGTON, D.C. OFFICE
915 15TH STREET, NW
WASHINGTON, D.C. 20005

**OFFICERS AND DIRECTORS**
SUSAN N. HERMAN
*PRESIDENT*

ANTHONY D. ROMERO
*EXECUTIVE DIRECTOR*

RICHARD ZACKS
*TREASURER*

---

The initial case management conference is adjourned sine die. The parties shall report every 60 days as to the status of the matter by means of a jointly composed letter. The first such letter will be due January 2, 2018.

SO ORDERED: DATE: 11/2/17

/s/ Gabriel W. Gorenstein
GABRIEL W. GORENSTEIN
UNITED STATES MAGISTRATE JUDGE